IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK E. ACIERNO, CHRISTIANA TOWN CENTER, LLC, a Delaware limited liability company, 395 ASSOCIATES, LLC, a Delaware limited liability company, ESTATE HOMES, INC., a Delaware corporation, | : : : : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1376 (KAJ) |
| v. | : : : | |
| GEORGE O. HAGGERTY, individually and in his official capacity as Assistant General Manager of the New Castle County Department of Land Use, TIMOTHY P. MULLANEY, individually and in his capacity as New Castle County Attorney, CHARLES L. BAKER, individually and in his capacity as General Manager of the New Castle County Department of Land Use, JAMES H. EDWARDS, individually and in his capacity As Inspections Manager and Licensing Division Manager of the New Castle County Department of Land Use, and SHERRY L. FREEBERY, in her individual capacity as Chief Administrative Office of New Castle County, and NEW CASTLE COUNTY, a political subdivision of the State of Delaware, | : : : : : : : : : : : : : : : : : : : | |
| Defendants. | : | JURY TRIAL DEMANDED |

**STIPULATION TO AMEND BRIEFING SCHEDULE
REGARDING DEFENDANTS' MOTION TO DISMISS**

The parties, by and through their undersigned counsel, hereby agree and stipulate that the schedule regarding the briefing of the Defendants' Motions to Dismiss shall be amended as follows:

578727v1

1. Plaintiff's Answering Briefs due:   March 16, 2005;

2. Defendants' Reply Briefs due:   April 22, 2005.

| THE BAYARD FIRM | CONNOLLY BOVE LODGE & HUTZ |
|---|---|
| *signature* | *signature* |
| Richard L. Abbott, Esquire (#2712) | Matthew F. Boyer, Esquire (#2564) |
| 222 Delaware Avenue, Suite 900 | The Nemours Building |
| P.O. Box 25130 | 1007 N. Orange Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| Dated: March 9, 2005 | Dated: March 9, 2005 |

| BIFFERATO, GENTILOTTI & BIDEN | McCARTER & ENGLISH |
|---|---|
| *signature* /MFB | *signature* /MFB |
| Ian Connor Bifferato, Esquire (#3273) | Michael P. Kelly, Esquire (#2295) |
| 1308 Delaware Avenue | 919 N. Market Street, Suite 1800 |
| Wilmington, DE 19806 | Wilmington, DE 19801 |
| Dated: March 9, 2005 | Dated: March 9, 2005 |

| NEW CASTLE COUNTY DEPARTMENT OF LAW | STRADLEY RONON |
|---|---|
| *signature* /MFB | *signature* /MFB |
| Dennis J. Siebold, Esquire (#751) | Claire M. DeMatteis, Esquire (#3187) |
| New Castle County Department of Law | Stradley Ronon |
| 87 Reads Way | 300 Delaware Avenue, Suite 1018 |
| New Castle, DE 19720 | Wilmington, DE 19801 |
| Dated: March 9, 2005 | Dated: March 9, 2005 |

578727v1

COZEN O'CONNOR

*Jeffrey I. Pasek/MFB*
_____
Jeffrey I. Pasek, Esquire *(pro hac vice)*
Shelley A. Kinsella, Esquire (#4023)
Chase Manhattan Center
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Dated: March 9, 2005

      SO ORDERED this _____ day of _____, 2005.


                                                   _____
                                                   U.S. District Judge Kent A. Jordan

578727v1