IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK E. ACIERNO, CHRISTIANA | : | |
| TOWN CENTER, LLC, a Delaware limited | : | |
| liability company, 395 ASSOCIATES, LLC,: | | |
| a Delaware limited liability company, | : | |
| ESTATE HOMES, INC., a Delaware | : | |
| corporation, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-1376 |
| | : | |
| v. | : | |
| | : | |
| GEORGE O. HAGGERTY, individually and: | | |
| in his official capacity as Assistant General | : | |
| Manager of the New Castle County | : | |
| Department of Land Use, SCOTT G. | : | |
| WILCOX, individually and in his official | : | |
| Capacity as a First Assistant County | : | |
| Attorney, TIMOTHY P. MULLANEY, | : | |
| individually and in his capacity as New | : | |
| Castle County Attorney, CHARLES L. | : | |
| BAKER, individually and in his capacity as | : | |
| General Manager of the New Castle County | : | |
| Department of Land Use, JAMES H. | : | |
| EDWARDS, individually and in his capacity: | | |
| As Inspections Manager and Licensing | : | |
| Division Manager of the New Castle County: | | |
| Department of Land Use, and SHERRY L. | : | |
| FREEBERY, in her individual capacity as | : | |
| Chief Administrative Office of New Castle | : | |
| County, and NEW CASTLE COUNTY, a | : | |
| political subdivision of the State of | : | |
| Delaware, | : | |
| | : | |
| Defendants. | : | JURY TRIAL DEMANDED |

**PLAINTIFFS' MOTION FOR LEAVE OF COURT
TO FILE SECOND AMENDED COMPLAINT**

The Plaintiffs, by and through their undersigned counsel, hereby move this Court

for leave to file a Second Amended Complaint in this action to: 1) clarify the type of

damages sought; 2) clarify which Counts are brought against which Defendants; 3) name Sterling Property Holdings, Inc., as an additional party Plaintiff; 4) add additional allegations against Defendants Scott G. Wilcox, Charles L. Baker, and Sherry L. Freebery arising from the unlawful expiration of a record major subdivision plan for a shopping mall project owned by Plaintiff Frank E. Acierno known as the Christiana Fashion Center on March 13, 2002; and 5) add further allegations against Defendants George O. Haggerty and Sherry L. Freebery related to actions taken late last year regarding enforcement efforts at a residential subdivision known as the Estates of Farmington. A copy of the proposed Second Amended Complaint is attached. A briefing schedule will be arranged if needed, but was not possible at the time of the filing of this Motion due to the time sensitive nature of the Motion

THE BAYARD FIRM

Richard L. Abbott, Esquire (I.D. No. 2712)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4225

Attorney for Plaintiffs
Frank E. Acierno, Christiana Town Center, LLC, 395 Associates, LLC and Estate Homes, Inc.

Dated: March 13, 2005

## CERTIFICATE OF SERVICE

I, Richard L. Abbott, Esquire, do hereby certify that on this 13th day of March, 2005, I caused the foregoing **Plaintiffs' Motion For Leave Of Court To File Second Amended Complaint** to be electronically filed with this Court, and to be served upon the below-listed individuals according to electronic notification:

| | |
|---|---|
| Collins J. Seitz, Jr., Esquire<br>Matthew F. Boyer, Esquire<br>Max B. Walton, Esquire<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br><br>Jeffrey I. Pasek, Esquire<br>Shelly A. Kinsella, Esquire<br>Cozen O'Connor<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br><br>Joseph R. Biden, III, Esquire<br>Ian Connor Bifferato, Esquire<br>Joseph K. Koury, Esquire<br>Bifferato, Gentilotti & Biden, P.A.<br>1308 Delaware Avenue<br>Wilmington, DE 19806 | Michael P. Kelly, Esquire<br>Paul Bradley, Esquire<br>McCarter & English<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br><br>Claire M. DeMatteis, Esquire<br>C. Clark Hodgson, Jr., Esquire<br>Stradley Ronon<br>300 Delaware Avenue, Suite 1018<br>Wilmington, DE 19801<br><br>Dennis J Siebold, Esquire<br>New Castle County Department of Law<br>87 Reads Way<br>New Castle, DE 19720 |

Richard L. Abbott, Esquire (I.D. 2712)