IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK E. ACIERNO, CHRISTIANA TOWN CENTER, LLC, a Delaware limited liability company, 395 ASSOCIATES, LLC, a Delaware limited liability company, ESTATE HOMES, INC., a Delaware corporation, : : : : : : : : Plaintiffs, : : v. : : GEORGE O. HAGGERTY, individually and in his official capacity as Assistant General Manager of the New Castle County Department of Land Use, SCOTT G. WILCOX, individually and in his official Capacity as a First Assistant County Attorney, TIMOTHY P. MULLANEY, individually and in his capacity as New Castle County Attorney, CHARLES L. BAKER, individually and in his capacity as General Manager of the New Castle County Department of Land Use, JAMES H. EDWARDS, individually and in his capacity: As Inspections Manager and Licensing Division Manager of the New Castle County Department of Land Use, and SHERRY L. FREEBERY, in her individual capacity as Chief Administrative Office of New Castle County, and NEW CASTLE COUNTY, a political subdivision of the State of Delaware, : : : : : : : : : : : : : : : : : : : : Defendants. : | C.A. No. 04-1376<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

### ORDER

AND NOW, this ___ day of _____, 2005, the Plaintiffs having moved this Court for an Order granting them leave to file a Second Amended Complaint, and it appearing that the proposed Second Amended Complaint should be allowed based upon

579627v1

the liberal pleading standards of Rule 15 of the Federal Rules of Civil Procedures on the grounds that it does not add any substantial new allegations and it will not cause any prejudice to the Defendants at this early stage of the proceeding,

IT IS ORDERED that the Motion is GRANTED, and that the Plaintiffs shall file the Second Amended Complaint appended to their Motion within seven (7) days of the date of receipt of this Order.

_____
U.S. District Judge Kent A. Jordan

579627v1