# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE: 3/14/05

TO: Richard Abbott, ESQ

RE: CA# 04-1376

CASE CAPTION: Aciceno v. Haggerty, et al

DOCUMENT TITLE: Motion for leave to file 2nd Amended Complaint

Papers have been received for filing in the above captioned case which do not conform to the Local Rules of Civil Practice for the District Court of Delaware. The papers will be docketed but no action will be taken by the Court until the following discrepancies are corrected:

(DI # 50)

- ( ) No original signature on: _____ (LR 5.3).
- ( ) Insufficient copies received. Please send ____ copies (LR 5.3.).
- ( ) Papers not signed by local counsel (LR 83.5 (d)).
- (X) No statement as required with non-dispositive motion LR 7.1.1).
- ( ) Request for extension of discovery or trial deadline lacks proof of notification to requesting counsel's client or lacks the reasons for the request (LR 16.5).

Form and contents of briefs, memoranda and appendices:
- ( ) No paginated table of contents/citations (LR 7.1.3 (c)).
- ( ) Opening or answering brief exceeds 40 pages (LR 7.1.3 (a) (4)).
- ( ) Reply brief exceeds 20 pages (LR 7.1.3 (a)(4)).
- ( ) Is not firmly bound at the left margin (LR 7.1.3(a)(3)).
- ( ) Other problem with brief: _____ (LR 7.____).

( ) Other deficiency noted: _____

If there are any questions concerning this matter, do not hesitate to contact this office. Also, our web site (frequently asked questions) may be of interest to you, at http:www.ded.uscourts.gov.

cc: Assigned Judge

Bob Cruikshank
Deputy Clerk
Docket Clerk to KAJ

INTAKMAN\DEFLTR (REV. 5/01)