IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK E. ACIERNO, CHRISTIANA TOWN CENTER, LLC, a Delaware limited liability company, 395 ASSOCIATES, LLC, a Delaware limited liability company, ESTATE HOMES, INC., a Delaware corporation,<br><br>   Plaintiffs,<br><br> v.<br><br>GEORGE O. HAGGERTY, individually and in his official capacity as Assistant General Manager of the New Castle County Department of Land Use, SCOTT G. WILCOX, individually and in his official Capacity as a First Assistant County Attorney, TIMOTHY P. MULLANEY, individually and in his capacity as New Castle County Attorney, CHARLES L. BAKER, individually and in his capacity as General Manager of the New Castle County Department of Land Use, JAMES H. EDWARDS, individually and in his capacity As Inspections Manager and Licensing Division Manager of the New Castle County Department of Land Use, and SHERRY L. FREEBERY, in her individual capacity as Chief Administrative Office of New Castle County, and NEW CASTLE COUNTY, a political subdivision of the State of Delaware,<br><br>   Defendants. | C.A. No. 04-1376<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' COMPENDIUM OF UNREPORTED CASES TO THEIR ANSWERING BRIEF IN OPPOSITION TO THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS OR STAY**

THE BAYARD FIRM

Richard L. Abbott (I.D. No. 2712)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Telephone (302) 655-5000
Facsimile (302) 658-6395
E-Mail: rabbott@bayardfirm.com

Attorneys for Plaintiffs

Dated: March 17, 2005

580157v1

# TABLE OF CONTENTS

Tab

*395 Associates, LLC v. New Castle County*,
   2003 WL 21499842, Gebelein, J. (Del. Super. 2003) .................................................. 1

*Acierno v. Cloutier*,
   1993 WL 215133, Robinson, J. (D. Del. 1993) ........................................................... 2

*Acierno v. Cloutier*,
   1994 WL 827161, Robinson, J. (D. Del. 1994) ........................................................... 3

*Acierno v. Mitchell*,
   1992 WL 694590, Robinson, J. (D. Del. 1992) ........................................................... 4

*Acierno v. New Castle County*,
   1994 WL 720273, Robinson, J. (D. Del. 1994) ........................................................... 5

*Acierno v. New Castle County*,
   1995 WL 704976, Robinson, J. (D. Del. 1995) ........................................................... 6

*Acierno v. New Castle County*,
   1996 WL 190005, Robinson, J. (D. Del. 1996) ........................................................... 7

*Acierno v. New Castle County*,
   1997 WL 447914, Robinson, J. (D. Del. 1997) ........................................................... 8

*Acierno v. New Castle County*,
   2000 WL 718346, Robinson, J. (D. Del. 2000) ........................................................... 9

*Acierno v. New Castle County*,
   2002 WL 125679, Robinson, J. (D. Del. 2002) ......................................................... 10

*Acierno v. New Castle County*,
   2004 WL 745715, Gebelein, J. (Del. Super. 2004) ................................................... 11

*Blair v. Wal-Mart Stores, Inc.*,
   2004 WL 2283560, Sleet, J. (D. Del. 2004) .............................................................. 12

*Cardillo v. Council of South Bethany*,
   1991 WL 113627, Lee, J. (Del. Super. 1991) ........................................................... 13

*Christiana Town Center, LLC v. New Castle County*,
   2003 WL 21314499, Lamb, V.C. (Del. Ch. 2003) .................................................... 14

*Data Comm Communications, Inc. v. The Caramon Group, Inc.*,
   1997 WL 792998, (E.D. Pa. 1997) ........................................................................... 15

*Korn v. New Castle County,*
    2005 WL 396341, Chandler, Ch. (Del. Ch. 2005) .................................................. 16

*Mell v. New Castle County,*
    2003 WL 1919331, Chandler, Ch. (Del. Ch. 2003) ................................................ 17

*New Castle County v. Acierno,*
    1995 WL 694385, Steele, V.C. (Del. Ch. 1995) ..................................................... 18

*New Castle County v. Christiana Town Center, LLC,*
    2004 WL 740029, Gebelein, J. (Del. Ch. 2004) ..................................................... 19

*Salem Church (Delaware) Associates v. New Castle County,*
    2004 WL 1087341, Noble, V.C. (Del. Ch. 2004) ................................................... 20

*Sterling Properties, Inc. v. Folsom,*
    1975 WL 168027, Balick, J. (Del. Super. 1975) ..................................................... 21

*Wilmington Hospitality, LLC v. New Castle County,*
    2004 WL 2419157, Johnston, J. (Del. Super. 2004) ............................................... 22

## CERTIFICATE OF SERVICE

I, Richard L. Abbott, Esquire, do hereby certify that on this 17th day of March, 2005, I caused the foregoing **Plaintiffs' Compendium Of Unreported Decisions To Their Answering Brief In Opposition To Individual Defendants' Motion To Dismiss Or Stay** to be electronically filed with this Court, and to be served upon the below-listed individuals according to electronic notification:

| | |
|---|---|
| Collins J. Seitz, Jr., Esquire<br>Matthew F. Boyer, Esquire<br>Max B. Walton, Esquire<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br><br>Jeffrey I. Pasek, Esquire<br>Shelly A. Kinsella, Esquire<br>Cozen O'Connor<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br><br>Joseph R. Biden, III, Esquire<br>Ian Connor Bifferato, Esquire<br>Joseph K. Koury, Esquire<br>Bifferato, Gentilotti & Biden, P.A.<br>1308 Delaware Avenue<br>Wilmington, DE 19806 | Michael P. Kelly, Esquire<br>Paul Bradley, Esquire<br>McCarter & English<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br><br>Claire M. DeMatteis, Esquire<br>C. Clark Hodgson, Jr., Esquire<br>Stradley Ronon<br>300 Delaware Avenue, Suite 1018<br>Wilmington, DE 19801<br><br>Dennis J Siebold, Esquire<br>New Castle County Department of Law<br>87 Reads Way<br>New Castle, DE 19720 |

_____
Richard L. Abbott, Esquire (I.D. 2712)