IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK E. ACIERNO, CHRISTIANA TOWN CENTER, LLC, a Delaware limited liability company, 395 ASSOCIATES, LLC, a Delaware limited liability company, ESTATE HOMES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>GEORGE O. HAGGERTY, individually and in his official capacity as Assistant General Manager of the New Castle County Department of Land Use, SCOTT G. WILCOX, individually and in his official Capacity as a First Assistant County Attorney, TIMOTHY P. MULLANEY, individually and in his capacity as New Castle County Attorney, CHARLES L. BAKER, individually and in his capacity as General Manager of the New Castle County Department of Land Use, JAMES H. EDWARDS, individually and in his capacity As Inspections Manager and Licensing Division Manager of the New Castle County Department of Land Use, and SHERRY L. FREEBERY, in her individual capacity as Chief Administrative Office of New Castle County, and NEW CASTLE COUNTY, a political subdivision of the State of Delaware,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C.A. No. 04-1376<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  JURY TRIAL DEMANDED |

## **PLAINTIFFS' RULE 7.1.1 STATEMENT**

The Plaintiffs did not have time to confer with opposing attorneys in an effort to resolve the issue set forth in the Motion due to the time sensitive nature of the Motion. Counsel for the

579724v1

Plaintiffs has subsequently written opposing counsel in an attempt to resolve the Motion by Stipulation.

                THE BAYARD FIRM

                /s/ Richard L. Abbott
                Richard L. Abbott, Esquire (I.D. No. 2712)
                222 Delaware Avenue, Suite 900
                P.O. Box 25130
                Wilmington, Delaware 19899
                (302) 429-4225

                Attorneys for Plaintiffs

DATED: March 28, 2005