## CERTIFICATE OF SERVICE

I, Richard L. Abbott, Esquire, do hereby certify that on this 28th day of March, 2005, I caused the foregoing **Second Amended Complaint** to be electronically filed and served upon the below-listed individuals:

| | |
|---|---|
| Collins J. Seitz, Jr., Esquire<br>Matthew F. Boyer, Esquire<br>Max B. Walton, Esquire<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br><br>Jeffrey I. Pasek, Esquire<br>Shelly A. Kinsella, Esquire<br>Cozen O'Connor<br>1201 North Market Street, Suite 1400<br>Wilmington, DE 19801<br><br>Joseph R. Biden, III, Esquire<br>Ian Connor Bifferato, Esquire<br>Joseph K. Koury, Esquire<br>Bifferato, Gentilotti & Biden, P.A.<br>1308 Delaware Avenue<br>Wilmington, DE 19806 | Michael P. Kelly, Esquire<br>Paul Bradley, Esquire<br>McCarter & English<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br><br>Claire M. DeMatteis, Esquire<br>C. Clark Hodgson, Jr., Esquire<br>Stradley Ronon<br>300 Delaware Avenue, Suite 1018<br>Wilmington, DE 19801<br><br>Dennis J Siebold, Esquire<br>New Castle County Department of Law<br>87 Reads Way<br>New Castle, DE 19720 |

*[signature]*
Richard L. Abbott, Esquire (I.D. No. 2712)