IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK E. ACIERNO, CHRISTIANA TOWN CENTER, LLC, a Delaware limited liability company, 395 ASSOCIATES, LLC, a Delaware limited liability company, ESTATE HOMES, INC., a Delaware corporation, | : : : : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1376 (KAJ) |
| v. | : : : | |
| GEORGE O. HAGGERTY, individually and in his official capacity as Assistant General Manager of the New Castle County Department of Land Use, TIMOTHY P. MULLANEY, individually and in his capacity as New Castle County Attorney, CHARLES L. BAKER, individually and in his capacity as General Manager of the New Castle County Department of Land Use, JAMES H. EDWARDS, individually and in his capacity As Inspections Manager and Licensing Division Manager of the New Castle County Department of Land Use, and SHERRY L. FREEBERY, in her individual capacity as Chief Administrative Office of New Castle County, and NEW CASTLE COUNTY, a political subdivision of the State of Delaware, | : : : : : : : : : : : : : : : : : : : | |
| Defendants. | : | JURY TRIAL DEMANDED |

**STIPULATION AND ORDER TO EXTEND PAGE LIMIT FOR
THE INDIVIDUAL DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR
MOTION TO DISMISS OR STAY**

The parties, by and through their undersigned counsel, hereby agree and stipulate, subject to leave of the Court, that the six individual defendants will file one reply brief not to exceed 40 pages.

THE BAYARD FIRM

_____
Richard L. Abbott, Esquire (#2712)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Dated: April 13, 2005


CONNOLLY BOVE LODGE & HUTZ

_____
Matthew F. Boyer, Esquire (#2564)
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

Dated: April 15, 2005


BIFFERATO, GENTILOTTI & BIDEN

_____
Ian Connor Bifferato, Esquire (#3273)
1308 Delaware Avenue
Wilmington, DE 19806

Dated: April 5, 2005


McCARTER & ENGLISH

_____
Michael P. Kelly, Esquire (#2295)
919 N. Market Street, Suite 1800
Wilmington, DE 19801

Dated: April 15, 2005


NEW CASTLE COUNTY
DEPARTMENT OF LAW

_____
Gregg E. Wilson (#85)
New Castle County Department of Law
87 Reads Way
New Castle, DE 19720

Dated: April 15, 2005


STRADLEY RONON

_____
Claire M. DeMatteis, Esquire (#3187)
Stradley Ronon
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801

Dated: April 15, 2005

COZEN O'CONNOR

*/s/ Jeffrey I. Pasek / MAB*

Jeffrey I. Pasek, Esquire *(pro hac vice)*
Shelley A. Kinsella, Esquire (#4023)
Chase Manhattan Center
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Dated: April 15, 2005


SO ORDERED this _____ day of _____, 2005.


_____
U.S. District Judge Kent A. Jordan