# EXHIBIT A

*RULES OF PROCEDURE*

RULES OF PROCEDURE

OF THE

BOARD OF LICENSE INSPECTION AND REVIEW OF NEW CASTLE COUNTY

STATE OF DELAWARE

ARTICLE I.  Name of Organization

Section 1.  The name of this organization shall be the Board of License Inspection and Review of New Castle County, hereinafter referred to as the ("Board").

ARTICLE II.  Authorization

Section 1.  The Board of License Inspection and Review of New Castle County is authorized by 9 *Del.C.* §1315 and §2-123 of the New Castle County Code.

ARTICLE III.  Duties

Section 1.  The Chairman of the Board shall be appointed by and serve at the pleasure of the County Executive. The Chairman shall appoint the Vice-Chairman of the Board. The Chairman shall administer oaths, be in charge of all proceedings, and take such action as is necessary to preserve order and integrity of all proceedings. In the absence of the Chairman, the Vice-Chairman shall act as Chairman.

Section 2.  Any member of the Board who fails to attend three consecutive meetings of the Board, except where such

*RULES OF PROCEDURE*

                    absences are deemed by the Chairman to be excusable, shall forfeit membership on the Board. The Chairman, upon the unexcused absence of any member at three consecutive scheduled meetings, shall inform the County Executive and the President of County Council in writing that a vacancy exists on the Board and the name of the member who forfeited their position.

Section 3.    The Department of Land Use, hereinafter referred to as ("the Department"), shall conduct, at the direction of the Board, all official correspondence of the Board, send out all notices required by law and by these *Rules of Procedure*, keep records of each examination or other official action of the Board, perform all duties required by law, the Unified Development Code, and the *Rules of Procedure*.

ARTICLE IV.    <u>Officers</u>

Section 1.    The officers of the Board of License Inspection and Review shall consist of a Chairman and a Vice-Chairman.

Section 2.    The Chairman of the Board is appointed in accordance with *Section 1315, Chapter 13, Title 9, Delaware Code*. The Chairman shall appoint a Vice-Chairman who shall preside at meetings when the Chairman is not present. If both the Chairman and Vice Chairman are absent from the proceedings, the remaining members shall select an Acting Chairman who will assume the duties of Chairman for that meeting.

*RULES OF PROCEDURE*

Section 6. All witnesses who wish to testify before the Board shall testify under oath if the Board deems it necessary. The applicant and the County may submit to the Board such evidence that they desire to offer. The Chairman, or member presiding at the hearing or meeting, shall administer all oaths and shall have the authority to compel the attendance of witnesses at public hearings.

Section 7. The Board may render its decision at the close of the public hearing on a particular application. In every matter, the Board shall make findings of fact and render a decision in writing based upon the record created at the public hearing within five days of that hearing.

Section 8. The order of business at all public hearings of the Board shall be as follows:
(a) Reading of the public notice for the application by the Chairman or his designate;
(b) Presentation by representative or witness in support of the appeal;
(c) Presentation by representative or witness of the County in opposition to the appeal;
(d) Members of the public in support of the application;
(e) Members of the public in opposition to the application;
(f) Rebuttal.

Section 9. The applicant must appear in its own behalf or be represented by counsel or other agent at the public hearing. Failure of the applicant or applicant's representative to appear at the public hearing will result in the ultimate denial of the

*RULES OF PROCEDURE*

| | |
|---|---|
| ARTICLE V. | <u>Meetings</u> |
| Section 1. | All meetings and hearings of the Board shall be open to the public. |
| Section 2. | A quorum shall consist of three (3) members appointed to the Board to transact business at all meetings and hearings. The vote of a majority of the members present at any meeting or hearing of the Board shall be necessary to carry a motion. The Chairman shall be a voting member in all matters before the Board which require a vote. |
| Section 3. | The Board shall meet as required by Section 2-124 of the New Castle County Code. The Board shall hear applications filed by an aggrieved person within 45 days of the filing of the appeal. |
| Section 4. | Notice of matters to be heard by the Board shall be published in the Saturday edition of the <u>News Journal</u>, published in Wilmington, Delaware, at least ten (10) days before the date of the hearing and shall specify the place and times at which the application may be examined. The notice shall set forth the time and place of the public hearing and shall describe in a general way the nature of the application. Notice shall also be posted at the Department of Land Use in accordance with the requirements of 29 *Del.C.* §10004. |
| Section 5. | Each applicant and counsel or representative of record shall be notified by ordinary first-class mail of the date, place, and time of the public hearing at which their application will be heard. |

*RULES OF PROCEDURE*

application unless the applicant or representative notifies the Department, by letter, within five (5) days after the public hearing, of the compelling reasons why the applicant or applicant's representative was not present at the public hearing. If a new public hearing is granted after failure of applicant or applicant's representative to appear at the scheduled public hearing, the applicant shall pay an additional fee, on a schedule established by the Department, to cover the cost of renoticing before the scheduling of a new public hearing.

Section 10. Tape recordings of Board hearings shall be kept on file in the Department for a two-year period of time from the date of filing of the notice of decision. The Applicant or other persons interested shall have access to the stenographic report or the tape recording of the Board hearings in addition to other material appearing in Board files, during normal Department business hours. A copy or copies of the stenographic report may be procured at the expense of the person requesting the transcript.

Section 11. Once an application has been submitted to the Board for consideration, said application may not be withdrawn prior to a final decision thereof unless a majority of the members of the Board shall vote to allow said withdrawal. For the purposes of this section, a majority vote by the Board to allow withdrawal of an application shall not be construed as rendering a decision on said application. The filing fee will be forfeited for any application withdrawn.

*RULES OF PROCEDURE*

Section 12.   At any time after a public hearing, the Board may require a further hearing for the purpose of supplementing the record. In such cases, the Board shall schedule the public hearing, publish notice thereof, and give notice in accordance with applicable law.

Section 13.   Once a hearing has been scheduled after proper notice pursuant to *Article V, Section 4* of these Rules of Procedure, said hearing may be re-scheduled or continued only upon obtaining the prior approval of the Chairman or, in his absence, the Vice-Chairman. In order to perfect such a request for rescheduling or continuance, the party making such a request must submit such a request in writing to the Chairman at least three (3) days prior to the originally scheduled hearing date.

Notwithstanding the above, a rescheduling or continuance may be granted if a majority of Board Members present determines that exceptional circumstances warrant such a rescheduling or continuance.

Notwithstanding the above, the Board may, on its own motion, recess a meeting and reconvene at their convenience.

**ARTICLE VI.**   <u>Appeals</u>

Section 1.   An Appeal from an action of the Department must be filed in writing in the Department within twenty (20) days from the date of the action of the Department. The Board may, for

*RULES OF PROCEDURE*

good cause shown, enlarge the time for appeal from any act or omission to act of Department.

ARTICLE VII.   Data Requirements

Section 1.   Each application for a hearing before the Board shall be submitted by letter to the Department or made on an official application form as provided by the Department. The letter or application form must contain sufficient data to permit the advertising and scheduling of the public hearing.

Section 2.   The property parcel number assigned to the property by the New Castle County Board of Assessment (parcel number is shown on the tax invoice for the property) shall be included with the application.

Section 3.   Filing fee in accordance with the fee schedule established by the Department.

Section 4.   Other data submitted by the applicant in support of the application must be listed on the application form or in the appeal letter.

ARTICLE VIII.   Formal Action and Decisions

Section 1.   All actions and decisions of the Board shall be considered in effect when signed by the Chairman, Vice Chairman, or Acting Chairman of the Board and filed in the Department. All actions and decisions will also be forwarded to the Clerk of New Castle County Council and the applicant or applicant's representative shall be notified. All actions and decisions on any application or appeal to the Board shall be in the form of

*RULES OF PROCEDURE*

a written document. Such written document shall include findings of fact in support of a decision reached by the Board.

ARTICLE IX.      <u>Amendments</u>

Section 1.       These *Rules of Procedure* may be amended by action of the Board pursuant to concurrence by the County Executive.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2005, the foregoing Individual Defendants' Reply Brief In Support Of Their Motion to Dismiss The Amended Complaint Or To Stay The Proceedings was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Richard L. Abbott, Esquire
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>P.O. Box 25130
>Wilmington, DE  19899
>
>Dennis J. Siebold, Esquire
>New Castle County Law Department
>New Castle Corporate Commons
>87 Reads Way
>New Castle, DE  19720

_____
Matthew F. Boyer