IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK E. ACIERNO, CHRISTIANA TOWN CENTER, LLC, a Delaware limited liability company, 395 ASSOCIATES, LLC, a Delaware limited liability company, ESTATE HOMES, INC., a Delaware corporation, | : : : : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1376 (KAJ) |
| v. | : : : | |
| GEORGE O. HAGGERTY, individually and in his official capacity as Assistant General Manager of the New Castle County Department of Land Use, TIMOTHY P. MULLANEY, individually and in his capacity as New Castle County Attorney, CHARLES L. BAKER, individually and in his capacity as General Manager of the New Castle County Department of Land Use, JAMES H. EDWARDS, individually and in his capacity As Inspections Manager and Licensing Division Manager of the New Castle County Department of Land Use, and SHERRY L. FREEBERY, in her individual capacity as Chief Administrative Office of New Castle County, and NEW CASTLE COUNTY, a political subdivision of the State of Delaware, | : : : : : : : : : : : : : : : : : : : | |
| Defendants. | : | JURY TRIAL DEMANDED |

**MOTION FOR BRIEFING SCHEDULE ON
PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE
A SECOND AMENDED COMPLAINT**

The Defendants, by and through their undersigned counsel, hereby move the Court to enter a briefing schedule on Plaintiffs' Motion for Leave of Court to File a Second Amended Complaint ("Motion to Amend") for the following reasons:

1.   On March 13, 2005, the Plaintiffs filed the Motion to Amend without an opening brief or a Rule 7.1.1 Statement. D.I. 50. The Motion to Amend stated that "a briefing schedule will be arranged if needed, but was not possible at the time of the filing of this Motion." D.I. 50 at 2.

2.   On March 14, 2005, the Court issued a Deficiency Notice noting that the Motion was filed without a Rule 7.1.1 Statement. D.I. 51.

3.   At the time the Motion was filed, the parties were in the process of briefing the Defendants' Motions to Dismiss the Amended Complaint ("Motions to Dismiss"). D.I. 37; 40. The Defendants had filed opening briefs in support of the Motions to Dismiss on December 30, 2004 and January 12, 2005. D.I. 38; 41. The Defendants had also agreed to two stipulations allowing the Plaintiffs to extend the time to file their answering briefs until March 16, 2005. D.I. 46; 49.

4.   On March 28, 2005, the Plaintiffs filed a Rule 7.1.1 Statement indicating that counsel for Plaintiffs had written to opposing counsel in an attempt to resolve the Motion to Amend by stipulation. D.I. 55.

5.   On April 13, 2005, counsel for the Defendants advised counsel for the Plaintiffs that the Defendants intended to oppose the Motion to Amend rather than stipulate to a Second Amended Complaint and then renew and re-brief the Motions to Dismiss. The Defendants proposed a schedule allowing for completion of the briefing on the Motion to Amend by May 27, 2005.

6.   On April 22, 2005, the Defendants filed their reply briefs in support of their Motions to Dismiss. D.I. 57; 59. The Defendants indicated in their reply briefs that they would be separately addressing the Motion to Amend. E.g., D.I. 59 at 29 n.15.

7. On April 22, 2005, the Plaintiffs advised the Defendants that the Plaintiffs would not agree to a briefing schedule on the Motion to Amend until the Court had ruled on the Defendants' Motions to Dismiss.

8. After failing to file an opening brief with the Motion to Amend and representing that they would agree to a briefing schedule if necessary, the Plaintiffs may not now refuse to brief the Motion to Amend in a timely manner. The Defendants respectfully submit that the Motion to Amend should be briefed promptly so that it may be resolved together with the pending Motions to Dismiss.

9. The Defendants propose the following briefing schedule on the Motion to Amend:

The Plaintiffs' opening brief(s): due May 6, 2005

The Defendants' answering brief(s): due May 20, 2005

The Plaintiffs' reply brief(s): due May 27, 2005


CONNOLLY BOVE LODGE & HUTZ LLP


_____
Matthew F. Boyer, Esquire (#2564)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801

Dated: April 26, 2005

| | |
|---|---|
| BIFFERATO, GENTILOTTI & BIDEN | McCARTER & ENGLISH |
| *(signed)* Ian Connor Bifferato /MFB | *(signed)* Michael P. Kelly /MFB |
| Ian Connor Bifferato, Esquire (#3273)<br>1308 Delaware Avenue<br>Wilmington, DE 19806 | Michael P. Kelly, Esquire (#2295)<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801 |
| Dated: April 26, 2005 | Dated: April 26, 2005 |
| NEW CASTLE COUNTY<br>DEPARTMENT OF LAW | STRADLEY RONON |
| *(signed)* Dennis J. Siebold /MFB | *(signed)* Claire M. DeMatteis /MFB |
| Dennis J. Siebold, Esquire (#751)<br>87 Reads Way<br>New Castle, DE 19720 | Claire M. DeMatteis, Esquire (#3187)<br>300 Delaware Avenue, Suite 1018<br>Wilmington, DE 19801 |
| Dated: April 26, 2005 | Dated: April 26, 2005 |

COZEN O'CONNOR

*(signed)* Jeffrey␣␣Pasek /MFB

Jeffrey␣. Pasek, Esquire *(pro hac vice)*
Shelley A. Kinsella, Esquire (#4023)
Chase Manhattan Center
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Dated: April 26, 2005


SO ORDERED this _____ day of _____, 2005.

_____
U.S. District Judge Kent A. Jordan

4