## STATEMENT UNDER LOCAL RULE 7.1.1

The undersigned counsel for Defendant Scott Wilcox hereby certifies that on April 13, 2005, prior to filing the above-referenced motion, I contacted Richard L. Abbott, Esquire, counsel for the Plaintiffs, on behalf of all the Defendants to attempt to resolve the matter raised by the motion. On April 22, 2005, Abbott notified me that the Plaintiffs would not agree to enter into a briefing schedule until the Court rules on the Defendants' Motions to Dismiss.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Matthew F. Boyer*
Matthew F. Boyer, Esquire (#2564)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19801

Dated: April 26, 2005