## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2005, the foregoing Motion for Briefing Schedule on Plaintiffs' Motion for Leave of Court to File a Second Amended Complaint was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Abbott, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

_____
Matthew F. Boyer (#2564)

393065_1