IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK E. ACIERNO, CHRISTIANA TOWN CENTER, LLC, 395 ASSOCIATES, LLC and ESTATE HOMES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE O. HAGGERTY, Individually and in his official capacity as Assistant General Manager of New Castle County Department of Land Use, TIMOTHY P. MULLANEY, Individually and in his capacity as General Manager of the New Castle County Attorney, CHARLES L. BAKER, Individually and in his capacity as General Manager of the New Castle County Department of Land Use, JAMES H. EDWARDS, Individually and in his capacity as Inspections Manager and Licensing Division Manager of the New Castle County Department of Land Use, SHERRY L. FREEBERY in her individual capacity as Chief Administrative Officer of New Castle County and NEW CASTLE COUNTY, a political subdivision of the State of Delaware, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 04-1376-KAJ <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE COURT:

Kindly substitute the appearance of David A. Felice, Esquire, of the Delaware office of the law firm of Cozen O'Connor, in place of Shelley A. Kinsella, Esquire, as Delaware local counsel for defendants George O. Haggerty and James H. Edwards. Jeffrey I. Pasek, Esquire and Charles J. Kawas, Esquire, of the Pennsylvania office of Cozen O'Connor who have been previously admitted *pro hac vice* in this case, remain trial counsel for the defendants listed above.

| COOCH AND TAYLOR | COZEN O'CONNOR |
|---|---|
| *Shelley A. Kinsella* (signature) | *David A. Felice* (signature) |
| Shelley A. Kinsella (No. 4023) | David A. Felice (No. 4090) |
| 824 North Market Street, Suite 1000 | 1201 North Market Street, Suite 1400 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 984-3891 | Telephone: (302) 295-2000 |

Dated: April 26, 2005