## CERTIFICATE OF SERVICE

I, David A. Felice, certify that I am not less than 18 years of age and that, on this 26th day of April, 2005, I caused service of the foregoing *Substitution of Counsel* to be electronically filed and served upon the following parties:

Richard L. Abbott, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Attorneys for Plaintiff*

Collins J. Seitz, Jr., Esquire
Matthew F. Boyer, Esquire
Max B. Walton, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
*Attorneys for Scott G. Wilcox*

Joseph R. Biden, III, Esquire
Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden, P.A.
1308 Delaware Avenue
Wilmington, DE 19806
*Attorneys for Timothy P. Mullaney*

Michael P. Kelly, Esquire
Paul Bradley, Esquire
McCarter & English
919 N. Market Street, Suite 1800
Wilmington, DE 19899
*Attorneys for Charles L. Baker*

Claire M. DeMatteis, Esquire
C. Clark Hodgson, Jr., Esquire
Stradley Ronon
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
*Attorneys for Sherry L. Freebery*

Dennis J. Siebold, Esquire
New Castle County Department of Law
87 Reads Way
New Castle, DE 19720
*Attorney for New Castle County*

Under penalty of perjury, I certify that the foregoing is true and correct.

David A. Felice (No. 4090)