## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

FRANK E. ACIERNO, CHRISTIANA   :
TOWN CENTER, LLC, a Delaware limited :
liability company, 395 ASSOCIATES, LLC,:
a Delaware limited liability company,   :
ESTATE HOMES, INC., a Delaware   :
corporation,   :
  :
    Plaintiffs,   :     C.A. No. 04-1376 (KAJ)
  :
    v.   :
  :
GEORGE O. HAGGERTY, individually and:
in his official capacity as Assistant General :
Manager of the New Castle County   :
Department of Land Use, TIMOTHY P.   :
MULLANEY, individually and in his   :
capacity as New Castle County Attorney,   :
CHARLES L. BAKER, individually and   :
in his capacity as General Manager of the   :
New Castle County Department of Land   :
Use, JAMES H. EDWARDS, individually   :
and in his capacity As Inspections Manager :
and Licensing Division Manager of the New :
Castle County Department of Land Use, and :
SHERRY L. FREEBERY, in her individual :
capacity as Chief Administrative Office of   :
New Castle County, and NEW CASTLE   :
COUNTY, a political subdivision of the   :
State of Delaware,   :
  :
    Defendants.   :     JURY TRIAL DEMANDED

## DEFENDANTS' APPLICATION FOR ORAL ARGUMENT
## ON THEIR MOTIONS TO DISMISS

The Defendants, by and through their undersigned attorneys and pursuant to Local

Rule 7.1.4, respectfully request oral argument on their Motions to Dismiss the Amended

Complaint ("Motions to Dismiss"). D.I. 37; 40. The Defendants respectfully request that

oral argument on the Motions to Dismiss be set for a date following the completion of

briefing on the Plaintiffs' Motion for Leave of Court to File Second Amended Complaint

("Motion to Amend") (D.I. 50), so that the Motions to Dismiss and the Motion to Amend

may be considered together.  The Defendants have filed a Motion for Briefing Schedule

on the Motion to Amend (D.I. 61), which would provide for completion of briefing on the

Motion to Amend by May 27, 2005.

Collins J. Seitz, Jr. (Del. Bar No. 2237)
Matthew F. Boyer (Del. Bar No. 2564)
Max B. Walton (Del. Bar No. 3876)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302)-658-9141
*Attorneys for Defendant Scott G. Wilcox*

Joseph R. Biden, III (Del. Bar No. 4203)
Ian Connor Bifferato (Del. Bar No. 3273)
Joseph K. Koury (Del. Bar No. 4272)
BIFFERATO, GENTILOTTI & BIDEN, P.A.
1308 Delaware Avenue
Wilmington, DE 19806
(302)-429-1900
*Attorneys for Defendant Timothy P. Mullaney*

Michael P. Kelly (Del. Bar No. 2295)
Paul A. Bradley (Del. Bar No. 2156)
McCARTER & ENGLISH
919 N. Market Street, Suite 1800
Wilmington, DE 19801
(302)-984-6301
*Attorneys for Defendant Charles L. Baker*

Jeffrey L. Pasek (*pro hac vice*)
COZEN O'CONNOR
Chase Manhattan Center
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302)-295-2034
*Attorneys for Defendants George O. Haggerty
and James H. Edwards*

Claire M. DeMatteis (Del. Bar No. 3187)
C. Clark Hodgson, Jr. (of counsel)
Sean R. Adam (of counsel)
STRADLEY, RONON, STEVENS & YOUNGP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302)-576-5850
*Attorneys for Sherry L. Freebery*

Dennis J. Siebold (Del. Bar No. 751)
NEW CASTLE COUNTY LAW
DEPARTMENT
New Castle Corporate Commons
87 Reads Way
New Castle, DE 19720
(302)-395-5148
*Attorneys for New Castle County*

DATED:  April 27, 2005
393176_1