## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2005, the foregoing Defendants' Application for Oral Argument on their Motions to Dismiss was filed electronically with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Abbott, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Matthew F. Boyer (#2564)

393176_1