IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK E. ACIERNO, CHRISTIANA TOWN CENTER, LLC, a Delaware limited liability company, 395 ASSOCIATES, LLC, a Delaware limited liability company, and ESTATE HOMES, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    vi.<br><br>GEORGE O. HAGGERTY, individually and in his official capacity as Assistant General Manager of the New Castle County Department of Land Use, SCOTT G. WILCOX, individually and in his official capacity as a First Assistant County Attorney, TIMOTHY P. MULLANEY, individually and in his capacity as New Castle County Attorney, CHARLES L. BAKER, individually and in his capacity as General Manager of the New Castle County Department of Land Use, JAMES H. EDWARDS, individually and in his capacity as Inspections Manager and Licensing Division Manager of the new Castle County Department of Land Use, and SHERRY L. FREEBERY, in her individual capacity as Chief Administrative Officer of New Castle County, and NEW CASTLE COUNTY, a Political subdivision of the State of Delaware,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    C.A. No. 04-1376<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    JURY TRIAL DEMANDED |

## ORDER

AND NOW this ____ day of _____, 2005, the Defendants in this action having moved this Court for a briefing schedule regarding the Plaintiffs' Motion for Leave of Court to File Second Amended Complaint, and it appearing that at least some of

the matters proposed to be added in a Second Amended Complaint may be resolved pursuant to the Court's decision with respect to the currently pending Motions to Dismiss filed by the Defendants, and it further appearing that the interests of justice and judicial economy and efficiency militate in favor of a deferral of briefing until after a decision upon the Defendants' Motions to Dismiss is rendered,

    IT IS ORDERED that the Defendants' Motion for the establishment of a briefing schedule is hereby DENIED without prejudice until after the Court's decision on the pending Motions to Dismiss is rendered.

_____
Judge Kent A. Jordan