## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2005, the foregoing Defendants' Reply in Support of Their Motion for a Briefing Schedule on Plaintiffs' Motion for Leave of Court to File a Second Amended Complaint was filed electronically with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Richard L. Abbott, Esquire
724 Yorklyn Road
Suite 240
Hockessin, DE 19701


Matthew F. Boyer  (#2564)