# ABBOTT LAW FIRM LLC

Richard L. Abbott, Esq.
302.489.ALAW
rich@richabbottlawfirm.com

May 25, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

    Re: *Acierno, et al. v. Haggerty, et al.*
         *C.A. No. 04-1376 (JAK)*

Dear Judge Jordan:

    I am writing as a follow-up to a recent letter from opposing counsel in the above-captioned action regarding the pending Motions To Dismiss filed by all Defendants as to all Counts in this action. Please accept this letter as the Plaintiffs' request that the Court entertain oral argument regarding the pending Motions, now that briefing has been completed.

                                 Respectfully submitted,

                                 Richard L. Abbott

RLA:cth
File No. 100.11

cc:    Matthew F. Boyer, Esquire
        Claire M. DeMatteis, Esquire
        Ian Connor Bifferato, Esquire
        Michael P. Kelly, Esquire
        Dennis J. Siebold, Esquire
        Jeffrey I. Pasek, Esquire