IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK E. ACIERNO, CHRISTIANA TOWN CENTER, LLC, a Delaware limited liability company, 395 ASSOCIATES, LLC, a Delaware limited liability company, ESTATE HOMES, INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>v.<br><br>GEORGE O. HAGGERTY, individually and in his official capacity as Assistant General Manager of the New Castle County Department of Land Use, TIMOTHY P. MULLANEY, individually and in his capacity as New Castle County Attorney, CHARLES L. BAKER, individually and in hi capacity as General Manager of the New Castle County Department of Land Use, JAMES H. EDWARDS, individually and in his capacity as Inspections Manager and Licensing Division Manager of the New Castle County Department of Land Use, and SHERRY L. FREEBERY, in her individual capacity as Chief Administrative Office of New Castle County and NEW CASTLE COUNTY, a political subdivision of the State of Delaware,<br><br>           Defendants. | Civil Action No. 04-1376-KAJ |

## ORDER

For the reasons set forth in the Memorandum Opinion of today's date in this matter,

IT IS HEREBY ORDERED that Motions to Dismiss the Amended Complaint filed by the County (Docket Item ["D.I."] 37), and by defendants George O. Haggerty, Scott

G. Wilcox, Timothy P. Mullaney, Charles L. Baker, James H. Edwards, and Sherry L. Freebery (D.I. 40) are GRANTED to the extent that the Amended Complaint is dismissed without prejudice. Acierno's Motion for Leave to Amend the Complaint (D.I. 50) is DENIED as moot. Furthermore, the collective Defendants' Motion for Briefing Schedule on Plaintiffs' Motion for Leave to File a Second Amended Complaint (D.I. 61) is DENIED as moot.

/s/ Kent A. Jordan
UNITED STATES DISTRICT JUDGE

November 23, 2005
Wilmington, Delaware