## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK E. ACIERNO, CHRISTIANA TOWN CENTER, LLC, a Delaware limited liability company, 395 ASSOCIATES, LLC, a Delaware limited liability company, and ESTATE HOMES, INC., a Delaware corporation, | :<br>:<br>:<br>;<br>:<br>:<br>: | File Number: _____ |
| Plaintiffs, | :<br>: | |
| v. | :<br>: | Notice of Appeals |
| GEORGE O. HAGGERTY, individually and in his official capacity as Assistant General Manager of the New Castle County Department of Land Use, SCOTT G. WILCOX, individually and in his official capacity as a First Assistant County Attorney, TIMOTHY P. MULLANEY, individually and in his capacity as New Castle County Attorney, CHARLES L. BAKER, individually and in his capacity as General Manager of the New Castle County Department of Land Use, JAMES H. EDWARDS, individually and in his capacity as Inspections Manager and Licensing Division Manager of the new Castle County Department of Land Use, and SHERRY L. FREEBERY, in her individual capacity as Chief Administrative Officer of New Castle County, and NEW CASTLE COUNTY, a Political subdivision of the State of Delaware, | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | |
| Defendants. | :<br>: | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Frank E. Acierno, Christiana Town Center,

LLC, 395 Associates, LLC, and Estate Homes, Inc. in the above named case, hereby

appeal to the United States Court of Appeals for the Third Circuit from the Memorandum

Opinion And Order entered in this action on the 22nd day of November, 2005.

ABBOTT LAW FIRM

Richard L. Abbott, Esquire (I.D. #2712)
724 Yorklyn Road, Suite 240
Hockessin, DE 19707
(302) 489-2529

Attorneys for Plaintiffs

Dated: December 5, 2005