# ABBOTT LAW FIRM LLC

Richard L. Abbott, Esq.
302.489.ALAW
rich@richabbottlawfirm.com

December 7, 2005

**VIA ELECTRONIC FILING**

Clerk of the Court
United States District Court
844 North King Street
Lock Box 10
Wilmington, DE 19801

      Re:   *Acierno, et al. v. Haggerty, et al.*
             *Amended Notice of Appeal*

Dear Sir or Madam:

      The Amended Notice of Appeal is being filed due to a typographical error in the original Notice of Appeal filed on December 5, 2005. The original Notice of Appeal stated the date of the Memorandum Opinion And Order as the "22nd" day of November; the correct date is the "23rd" of November.

Respectfully submitted,

Richard L. Abbott

RLA:cth
File No. 100.11