IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK E. ACIERNO, CHRISTIANA TOWN CENTER, LLC, a Delaware limited liability company, 395 ASSOCIATES, LLC, a Delaware limited liability company, ESTATE HOMES, INC., a Delaware corporation, | : : : : : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1376 (KAJ) |
| v. | : : : | |
| GEORGE O. HAGGERTY, individually and in his official capacity as Assistant General Manager of the New Castle County Department of Land Use, TIMOTHY P. MULLANEY, individually and in his capacity as New Castle County Attorney, CHARLES L. BAKER, individually and in his capacity as General Manager of the New Castle County Department of Land Use, JAMES H. EDWARDS, individually and in his capacity As Inspections Manager and Licensing Division Manager of the New Castle County Department of Land Use, and SHERRY L. FREEBERY, in her individual capacity as Chief Administrative Office of New Castle County, NEW CASTLE COUNTY, a political subdivision of the State of Delaware, SCOTT G. WILCOX, Individually and in his official capacity as A First Assistant County Attorney, | : : : : : : : : : : : : : : : : : : : : : | |
| Defendants. | : | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiffs,

through their undersigned counsel, dismiss all claims against George O. Haggerty,

Timothy P. Mullaney, Charles L. Baker, James H. Edwards, Sherry L. Freebery and Scott

G. Wilcox WITH PREJUDICE. The plaintiffs, through their undersigned counsel, dismiss all claims asserted against New Castle County WITH PREJUDICE; provided however, that this dismissal with prejudice shall not apply to the State law claims now pending against New Castle County in the cases captioned *Sterling Property Holdings, Inc. v. New Castle County*, C.A. No. 20408 (Del. Ch.), *Acierno v. New Castle County*, C.A. No. 02A-07-008 (CHT) (Del. Super.), and *Acierno v. New Castle County*, C.A. No. 1173 (Del. Ch.) and only those State law claims shall be dismissed WITHOUT PREJUDICE.

THE ABBOTT LAW FIRM

_____
Richard L. Abbott, Esquire (#2712)
724 Yorklyn Road, Suite 240
Hockessin, DE 19707

Dated: December 22, 2005

CONNOLLY BOVE LODGE & HUTZ

_____
Matthew F. Boyer, Esquire (#2564)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Dated: January 4, 2006

BIFFERATO, GENTILOTTI & BIDEN

_____
Ian Connor Bifferato, Esquire (#3273)
1308 Delaware Avenue
Wilmington, DE 19806

Dated: January 4, 2006

McCARTER & ENGLISH

_____
Michael P. Kelly, Esquire (#2295)
919 N. Market Street, Suite 1800
Wilmington, DE 19801

Dated: January 4, 2006

NEW CASTLE COUNTY
DEPARTMENT OF LAW

*/s/ Gregg E. Wilson /MFB*
Gregg E. Wilson, Esquire (#85)
New Castle County Department of Law
87 Reads Way
New Castle, DE 19720
Dated: ~~December __, 2005~~ January 4, 2006

STRADLEY RONON

*/s/ Claire M. DeMatteis /MFB*
Claire M. DeMatteis, Esquire (#3187)
Stradley Ronon
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
Dated: ~~December __, 2005~~ January 4, 2006

COZEN O'CONNOR

*/s/ Jeffrey I. Pasek /MFB*
Jeffrey I. Pasek, Esquire *(pro hac vice)*
David A. Felice, Esquire (#4090)
Chase Manhattan Center
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Dated: ~~December __, 2005~~ January 4, 2006


SO ORDERED this _____ day of _____, 2005.


_____
U.S. District Judge Kent A. Jordan