


IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FRANK E. ACIERNO, CHRISTIANA
TOWN CENTER, LLC, a Delaware limited
liability company, 395 ASSOCIATES, LLC,
a Delaware limited liability company,
ESTATE HOMES, INC., a Delaware
corporation,

        Plaintiffs,                  C.A. No. 04-1376 (KAJ)

v.

GEORGE O. HAGGERTY, individually and
in his official capacity as Assistant General
Manager of the New Castle County
Department of Land Use, TIMOTHY P.
MULLANEY, individually and in his
capacity as New Castle County Attorney,
CHARLES L. BAKER, individually and
in his capacity as General Manager of the
New Castle County Department of Land
Use, JAMES H. EDWARDS, individually
and in his capacity As Inspections Manager
and Licensing Division Manager of the New
Castle County Department of Land Use, and
SHERRY L. FREEBERY, in her individual
capacity as Chief Administrative Office of
New Castle County, NEW CASTLE
COUNTY, a political subdivision of the
State of Delaware, SCOTT G. WILCOX,
Individually and in his official capacity as
A First Assistant County Attorney,
        Defendants.               JURY TRIAL DEMANDED

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiffs,

through their undersigned counsel, dismiss all claims against George O. Haggerty,

Timothy P. Mullaney, Charles L. Baker, James H. Edwards, Sherry L. Freebery and Scott

G. Wilcox WITH PREJUDICE. The plaintiffs, through their undersigned counsel, dismiss all claims asserted against New Castle County WITH PREJUDICE; provided however, that this dismissal with prejudice shall not apply to the State law claims now pending against New Castle County in the cases captioned *Sterling Property Holdings, Inc. v. New Castle County*, C.A. No. 20408 (Del. Ch.), *Acierno v. New Castle County*, C.A. No. 02A-07-008 (CHT) (Del. Super.), and *Acierno v. New Castle County*, C.A. No. 1173 (Del. Ch.) and only those State law claims shall be dismissed WITHOUT PREJUDICE.


THE ABBOTT LAW FIRM

_____
Richard L. Abbott, Esquire (#2712)
724 Yorklyn Road, Suite 240
Hockessin, DE 19707


Dated: December 22, 2005


CONNOLLY BOVE LODGE & HUTZ

_____
Matthew F. Boyer, Esquire (#2564)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Dated: January 4, 2006 ~~December __, 2005~~


BIFFERATO, GENTILOTTI & BIDEN

_____
Ian Connor Bifferato, Esquire (#3273)
1308 Delaware Avenue
Wilmington, DE 19806

Dated: January 4, 2006 ~~December __, 2005~~


McCARTER & ENGLISH

_____
Michael P. Kelly, Esquire (#2295)
919 N. Market Street, Suite 1800
Wilmington, DE 19801

Dated: January 4, 2006 ~~December __, 2005~~

NEW CASTLE COUNTY
DEPARTMENT OF LAW

*Gregg E. Wilson /MFB*
Gregg E. Wilson, Esquire (#85)
New Castle County Department of Law
87 Reads Way
New Castle, DE 19720
Dated: ~~December~~, ~~2005~~ January 4, 2006

STRADLEY RONON

*Claire M. DeMatteis /MFB*
Claire M. DeMatteis, Esquire (#3187)
Stradley Ronon
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
Dated: ~~December~~, ~~2005~~ January 4, 2006

COZEN O'CONNOR

*Jeffrey I. Pasek /MFB*
Jeffrey I. Pasek, Esquire *(pro hac vice)*
David A. Felice, Esquire (#4090)
Chase Manhattan Center
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Dated: ~~December~~, ~~2005~~ January 4, 2006

SO ORDERED this 9th day of January, ~~2005~~ 2006.

_____
U.S. District Judge Kent A. Jordan